No. 82–1019. QUALITY HEALTH SERVICE, INC., ET AL. *v.* JOHNSTON, CHAIRMAN, INDUSTRIAL COMMISSION OF OHIO, ET AL. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 82–1027. GOLDEN RAIN FOUNDATION OF LAGUNA HILLS *v.* LAGUNA PUBLISHING CO. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 82–1053. HAAS, PERSONAL REPRESENTATIVE OF THE ESTATE OF CATALDI, ET AL. *v.* UNITED TECHNOLOGIES CORP. Appeal from Sup. Ct. Del. dismissed for want of substantial federal question.

No. 82–1100. GLUSMAN ET AL. *v.* NEVADA ET AL. Appeal from Sup. Ct. Nev. dismissed for want of substantial federal question.

No. 80–2200. WYRICK, WARDEN *v.* WILLIAMS. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Missouri* v. *Hunter, ante,* p. 359.